1809.

BARING
v.
SHIPPEN.

---

## DUNN and POOL *against* FRENCH.

*Philadelphia,
Tuesday,
December 26.*

*CERTIORARI.* The proceeding before the magistrate, was by summons to answer a plea of debt or demand not exceeding one hundred dollars; and the judgment was for twenty-nine dollars seventy-six cents, which by the evidence sent up with the record, was rendered for the wrongful taking of the plaintiff's goods for a militia fine.

*Justices have no jurisdiction in trespass, when the damage exceeds twenty dollars; and although the summons be in debt or demand, yet if the evidence sent up shews it was in trespass, judgment for a greater sum will be reversed.*

*Phillips* for the plaintiffs.

TILGHMAN C. J. This cause is brought before us by *certiorari.* The judgment was given by alderman *Wharton,* in an action of trespass brought by the plaintiffs against the defendant for taking their goods in execution for a militia fine. The error assigned is, that the judgment is for twenty-nine dollars and seventy-six cents damages, whereas the jurisdiction of justices and aldermen, at the time this judgment was given, 1st *August* 1806, was limited in actions of trespass to cases where the damages did not exceed twenty dollars. Upon examining the act of 1st *March* 1799, under which the alderman derived his jurisdiction, it appears that the objection is fatal. The judgment must therefore be reversed.

PER CURIAM.                    Judgment reversed.